**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-0317-REB-BNB

SWINERTON BUILDERS, INC., f/k/a SWINERTON & WALBERG CO., a California corporation, and
AIU INSURANCE COMPANY, a New York corporation,

    Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On September 28, 2005, the parties filed a **Stipulation for Dismissal With Prejudice** [#34]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#34], filed on September 28, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE**;

3. That each party shall pay its own attorney fees and costs;

4. That the Trial Preparation Conference set for November 17, 2006, is **VACATED**; and

    5.  That the jury trial set to commence December 4, 2006, is **VACATED**.

Dated September 28, 2005, at Denver, Colorado.

                                          BY THE COURT:

                                          <u>s/ Robert E. Blackburn</u>
                                          Robert E. Blackburn
                                          United States District Judge